**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:   ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131-2800
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MCMULLIN, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>NUVISION FEDERAL CREDIT UNION and DENALI. A division of Nuvision Credit Union,<br><br>        Defendants. | Case No. 8:20-cv-00586-JAK-ADS<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT
CASE NO. 8:20-CV-00586-JAK-ADS

Plaintiff Paul McMullin ("Plaintiff") and Defendants Nuvision Federal Credit Union ("Nuvision") and Denali. A division of Nuvision Credit Union ("Denali") (collectively, "Defendants") hereby notify this Court that parties have reached a settlement of Plaintiff's claims. The parties are in the process of finalizing their agreement and anticipate filing a notice of dismissal next month.

Dated: June 29, 2020                    Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ L. Timothy Fisher*
             L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:   ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131-2800
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*