**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131-2800
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MCMULLIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUVISION FEDERAL CREDIT UNION and DENALI. A division of Nuvision Credit Union,<br><br>Defendants. | Case No. 8:20-cv-00586-JAK-ADS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 8:20-CV-00586-JAK-ADS

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil
2  Procedure 41(a)(1)(A)(i), Plaintiff Paul McMullin voluntarily dismisses his claim
3  with prejudice against Defendants Nuvision Federal Credit Union and Denali. A
4  division of Nuvision Credit Union.

5

6  Dated: July 23, 2020               Respectfully submitted,

7                                     **BURSOR & FISHER, P.A.**

8                                     By:     */s/ L. Timothy Fisher*
                                              L. Timothy Fisher
9
10                                    L. Timothy Fisher (State Bar No. 191626)
                                      1990 North California Blvd., Suite 940
11                                    Walnut Creek, CA 94596
                                      Telephone: (925) 300-4455
12                                    Facsimile:  (925) 407-2700
                                      E-Mail:   ltfisher@bursor.com
13
14                                    **BURSOR & FISHER, P.A.**
                                      Scott A. Bursor (State Bar No. 276006)
15                                    701 Brickell Avenue, Suite 1420
                                      Miami, FL 33131-2800
16                                    Telephone: (305) 330-5512
                                      Facsimile: (305) 676-9006
17                                    E-Mail: scott@bursor.com

18                                    *Attorneys for Plaintiff*

19
20
21
22
23
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL                                                    1
CASE NO. 8:20-CV-00586-JAK-ADS